## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| ERIC SAMS, | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | ) Case No.: 1:16-cv-02916-PAG |
| | ) |
| SOUTHWEST CREDIT SYSTEMS, | ) |
| | ) |
| **Defendant** | ) |
| | ) |

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

*/s/ Boyd Gentry*  
Boyd Gentry , Esq  
Law Office of Boyd W. Gentry, LLC  
4031 Colonel Glenn Highway  
First Floor  
Dayton, Ohio 45431  
Phone: (937) 839-2881  
Fax:  (800) 839-5843  
Email:  bgentry@boydgentrylaw.com  
Attorney for the Defendant  

Date: August 24, 2017

*/s/ Amy L. Bennecoff Ginsburg*  
Amy L. Bennecoff Ginsburg, Esq.  
Kimmel & Silverman, P.C.  
30 East Butler Pike  
Ambler, PA 19002  
Phone: 215-540-8888  
Fax: 877-788-2864  
Email: aginsburg@creditlaw.com  
Attorney for Plaintiff  

Date: August 24, 2017

BY THE COURT:

_____  
J.

## Certificate of Service

      I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 24th day of August, 2017:

Boyd Gentry, Esq
Law Office of Boyd W. Gentry, LLC
4031 Colonel Glenn Highway
First Floor
Dayton, Ohio 45431
Phone: (937) 839-2881
Fax: (800) 839-5843
Email: bgentry@boydgentrylaw.com

Zachary P. Elliott, Esq.
Boyd Gentry Law Offices
2661 Commons Boulevard
Suite 100
Beavercreek OH 45431
Phone: (937) 839-2881
Email: zelliott@boydgentrylaw.com
Attorney for the Defendant

                */s/ Amy L. Bennecoff Ginsburg*
                Amy L Bennecoff Ginsburg, Esq.
                Kimmel & Silverman, P.C.
                30 East Butler Pike
                Ambler, PA 19002
                Phone: 215-540-8888
                Fax: 877-788-2864
                Email: aginsburg@creditlaw.com
                Attorney for the Plaintiff